AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Adobe Systems Incorporated
                Plaintiff (s),
V.
Focus Camera, LLC; Focus Camera, Inc.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15cv2949

Notice is hereby given that, subject to approval by the court, __Defendant, Focus Camera, Inc.__ substitutes
(Party (s) Name)

__James A. Lowe__, State Bar No. __214383__ as counsel of record in
(Name of New Attorney)

place of __Mark Russell Meyer and Joseph J. Ehrlich of Losch and Ehrlich__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: GAUNTLETT & ASSOCIATES
Address: 18400 Von Karman, Suite 300, Irvine, CA 92614
Telephone: (949) 553-1010    Facsimile (949) 553-2050
E-Mail (Optional): info@gauntlettlaw.com

I consent to the above substitution.
Date: 1-20-16
(Signature of Party (s))

I consent to being substituted.
Date: 1-21-16
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-21-2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 22, 2016.
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]