AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Adobe Systems Incorporated
  Plaintiff(s),
v.
Focus Camera, LLC; Focus Camera, Inc.
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15cv2949

Notice is hereby given that, subject to approval by the court, **Defendant, Focus Camera, LLC** (Party(s) Name) substitutes **James A. Lowe** (Name of New Attorney), State Bar No. 214383 as counsel of record in place of **Mark Russell Meyer and Joseph J. Ehrlich of Losch and Ehrlich** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: GAUNTLETT & ASSOCIATES
- Address: 18400 Von Karman, Suite 300, Irvine, CA 92614
- Telephone: (949) 553-1010  Facsimile: (949) 553-2050
- E-Mail (Optional): info@gauntlettlaw.com

I consent to the above substitution.
Date: 1-20-16
(Signature of Party(s))

I consent to being substituted.
Date: 1-21-16
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1-21-2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: January 22, 2016.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Adobe Systems Incorporated
  Plaintiff(s),
v.
Focus Camera, LLC; Focus Camera, Inc.
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15cv2949

Notice is hereby given that, subject to approval by the court, **Defendant, Focus Camera, LLC** (Party(s) Name) substitutes **James A. Lowe** (Name of New Attorney), State Bar No. 214383 as counsel of record in place of **Mark Russell Meyer and Joseph J. Ehrlich of Losch and Ehrlich** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: GAUNTLETT & ASSOCIATES
- Address: 18400 Von Karman, Suite 300, Irvine, CA 92614
- Telephone: (949) 553-1010    Facsimile: (949) 553-2050
- E-Mail (Optional): info@gauntlettlaw.com

I consent to the above substitution.
Date: 1-20-16
(Signature of Party(s))

I consent to being substituted.
Date: 1-21-16
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1-21-2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: January 22, 2016.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]