| | |
|---|---|
| 1 | JOHNSON & PHAM, LLP |
| 2 | Christopher Q. Pham, SBN: 206697<br>    E-mail: cpham@johnsonpham.com |
| 3 | Marcus F. Chaney, SBN: 245227<br>    E-mail: mchaney@johnsonpham.com |
| 4 | Jason R. Vener, SBN: 267941<br>    E-mail: jvener@johnsonpham.com |

JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Jason R. Vener, SBN: 267941
    E-mail: jvener@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:    (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendants
FOCUS CAMERA, LLC and FOCUS CAMERA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS CAMERA, LLC, a New York Limited Liability Company d/b/a Focus Camera; FOCUS CAMERA, INC., a New York Corporation d/b/a Focus Camera; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:   3:15-cv-02949-WHA<br><br>**STIPULATION OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br><br><br>**Honorable District Judge William Alsup** |

Plaintiff Adobe Systems Incorporated and Defendants Focus Camera, LLC and Focus Camera, Inc., by and through their respective counsel of record, hereby agree and stipulate to dismissal of this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**, through counsel of record.

DATED: April 5, 2016                    JOHNSON & PHAM, LLP


                                        By: ___/s/ Marcus F. Chaney_____
                                        Marcus F. Chaney, Esq.
                                        Attorneys for Plaintiff
                                        ADOBE SYSTEMS INCORPORATED

DATED: April 5, 2016                    GAUNTLETT & ASSOCIATES


                                        By: ___/s/ James A. Lowe_____
                                        James A. Lowe, Esq.
                                        Attorneys for Defendants
                                        FOCUS CAMERA, LLC and FOCUS CAMERA, INC.